BEFORE THE SECOND DIVISION, JUNE 27, 1938

No. 38904.—Protest 408023–G of Rolland Frères, Inc. (New York).

Opinion by TILSON, J.   It was found that certain items consist of hats, hoods, and braids in chief value of cellulose filaments similar to those involved in *Amberg* v. *United States* (T. D. 46204).   The claim at 60 percent under paragraph 31 was therefore sustained.

No. 38905.—Protest 431221–G of Gallagher & Ascher, Inc. (New York).

Opinion by TILSON, J.   The record showed that certain items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.

No. 38906.—Protests 427355–G, etc., of S. H. Pomerance Co., Inc., et al. (New York).

Opinion by TILSON, J.   The record showed that certain items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.

No. 38907.—Protests 909442–G, etc., of Arnhold & Co., Inc., et al. (New York).

Opinion by TILSON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 38908.—Protests 270845–G, etc., of American Express Co. et al. (New York).

Opinion by TILSON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 38909.—Protests 935631–G, etc., of Corrugated Container Corp. et al. (New York).

Opinion by KINCHELOE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, JUNE 27, 1938

No. 38910.—Protests 723701–G, etc., of B. Altman & Co. et al. (New York).

Opinion by EVANS, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.